# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flmb.uscourts.gov

**In re:**                                                                             **Case No: 6:22-bk-03248-GER**
                                                                                     **Chapter 13**

**KERRY LYNNE SPRAGUE,**

        **Debtor.**

_____/

## MOTION TO DETERMINE IF PAYMENT CHANGE IS REQUIRED

Debtor, Kerry Lynne Sprague, by and through undersigned counsel files this Motion To Determine if Payment Change is Required by the underlying agreement and applicable nonbankruptcy law to cure a default or maintain payments in accordance with § 1322(b)(5) and states as follows:

1.    U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust ("Creditor") filed a Notice of Mortgage Payment Change (Doc. to Claim 2) [the "Notice"] on January 31, 2023, in the amount of $1,348.58, beginning on March 1, 2023, a copy of which is attached hereto as Exhibit A.

2.    The Notice includes an escrow payment for real property taxes in the amount of 2,961.10 per year ($246.76 per month).

3.    The Debtor is a veteran of U.S. military service and has been approved for Service-Connected Total and Permanent Disability Exemption and therefore is not required to pay the real property taxes set forth in the Notice.

WHEREFORE, Debtor requests this Honorable Court grant the Motion, disallow the Notice of Mortgage Payment Change and grant such other relief that may be deemed just and proper in the circumstances.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail this 1st day of March, 2023, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; Debtor, Kerry Lynne Sprague, 1328 North Paradise Lane, Daytona Beach, FL 32119; U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust, c/o Melbalynn Fisher, Esquire, Ghidotti & Berger LLP, 1031 North Miami Beach Boulevard, North Miami Beach, FL 33162.

/s/ Robert B. Branson
Robert B. Branson, Esquire