**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**                                              Case No: 6:22-bk-03248-GER
                                                        Chapter 13

**KERRY LYNNE SPRAGUE,**

       **Debtor.**
_____/

### MOTION TO DETERMINE IF PAYMENT OF MORTGAGE FEE IS REQUIRED

     Debtor, Kerry Lynne Sprague, by and through undersigned counsel files this Motion To Determine if Payment of Mortgage Fee is Required by the underlying agreement and applicable nonbankruptcy law to cure a default or maintain payments in accordance with § 1322(b)(5) and states as follows:

     1.    U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust ("Creditor") filed a Notice of Postpetition Mortgage Fees, Expenses and Charges (Doc. to Claim 2) [the "Notice"] on February 22, 2023, in the amount of $550.00 for "Proof of claim fees"; in the amount of $250.00 for "410A Payment History"; in the amount of $400.00 for "Plan review"; in the amount of $550.00 for "Objection to Plan"; and in the amount of $650..00 for "Foreclosure Appraisal", a copy of which is attached hereto as Exhibit A.

     2.    The claimed fees are excessive.

     3.    Reasonable fees for a Proof of Claim are $300.00; for a Payment history are $100.00; for Plan Review are $150.00; for Objection to Confirmation are $150.00.

     4.    A post-petition "Foreclosure Appraisal" is not the kind of action required by the underlying agreement and applicable nonbankruptcy law to cure a default or maintain payments, consequently, the fee of $650.00 is not reasonable or necessary.

WHEREFORE, Debtor requests this Honorable Court (i) grant the Motion, (ii) disallow the fees as claimed; (iii) allow the fees in a total amount of $775.00, and (iv) grant such other relief that may be deemed just and proper in the circumstances.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail this 1st day of March, 2023, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; Debtor, Kerry Lynne Sprague, 1328 North Paradise Lane, Daytona Beach, FL 32119; U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust, c/o Melbalynn Fisher, Esquire, Ghidotti & Berger LLP, 1031 North Miami Beach Boulevard, North Miami Beach, FL 33162.

/s/ Robert B. Branson
Robert B. Branson, Esquire