# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
# www.flmb.uscourts.gov

In re:                                                      Case No: 6:22-bk-03248-GER
                                                            Chapter 13

**KERRY LYNNE SPRAGUE,**
       **Debtor.**
_____/

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801 and mail a copy to the moving party at BransonLaw, PLLC, 1501 E. Concord Street, Orlando, FL 32801 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response, will proceed to consider the paper without further notice or hearing, and may grant the relief requested**.

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Debtor, Kerry Lynne Sprague, by and through undersigned counsel files this Motion to Modify Confirmed Chapter 13 Plan and states as follows:

1. On September 8, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code ("Bankruptcy Code").

2. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §157.

3. Venue in this District is proper under 28 U.S.C. §§ 1408 and 1409.

4. The statutory basis for the relief requested herein is §1329 of the Bankruptcy Code.

5. The Debtor's Chapter 13 Plan was confirmed on February 2, 2023.

6. The Debtor's request to modify her mortgage resulted in a no agreement. The Debtor is continuing to pursue a mortgage modification but in the meantime is modifying her plan to provide for the claim of Rushmore Loan Management Services.

7. The Debtor proposes to modify the confirmed plan payments and disbursements as follows: SEE ATTACHED SPREADSHEET

8. Since the Debtor's confirmed plan provided for payments of all disposable income over the commitment period and priority and secured creditors will not be adversely affected by this modification, it is further moved that provisions for a notice and hearing as specified by 11 U.S.C. Section 1329 (b) (2) is hereby waived. All other provisions of the Order confirming Chapter 13 plan remain the same, unless otherwise modified herein.

WHEREFORE, Debtor requests this Court grant Debtor's Motion to Modify and grant such other relief that may be deemed just and proper in the circumstances.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Attorney for Debtor

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission to ECF Users or by U.S. Mail to Non-ECF Users the 2nd day of November, 2023, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; Debtor, Kerry Lynne Sprague, 1328 North Paradise Lane, Daytona Beach, FL 32119; and to All Creditors that filed claims in this case.

/s/ Robert B. Branson
Robert B. Branson, Esquire

| DUE DATE | | 22-3248-GER | | SPRAGUE | | | | | | # 350 |
|---|---|---|---|---|---|---|---|---|---|---|
| 8th | | 10/8/2022 | | | 10.0% | | | | | MONITORING |
| | | Unsecured | | Debtor Pmt | Tee Fee | | | ATTY | | FEE |
| | 60 | | 60 | | | | | | | |
| 10/8/2022 | 1 | $0.00 | | $1,223.00 | $122.30 | | | | | |
| 11/8/2022 | 2 | $0.00 | 2 at | $1,223.00 | $122.30 | 2 at | | | | |
| 12/8/2022 | 3 | $0.00 | 1 at | $1,530.00 | $153.00 | 1 at | | $51.21 | | |
| 1/8/2023 | 4 | $0.00 | | $1,538.00 | $153.80 | | | $54.81 | | |
| 2/8/2023 | 5 | $0.00 | | $1,538.00 | $153.80 | | | $54.81 | | |
| 3/8/2023 | 6 | $0.00 | 3 at | $1,538.00 | $153.80 | 3 at | | $54.81 | 6 at | |
| 4/8/2023 | 7 | $0.00 | 1 at | $1,600.00 | $160.00 | 1 at | | $57.71 | 1 at | $50.00 |
| 5/8/2023 | 8 | $98.02 | 1 at | $1,624.00 | $162.40 | 1 at | | $98.96 | 1 at | |
| 6/8/2023 | 9 | $1.14 | | $1,400.00 | $140.00 | 1 at | | $77.36 | 1 at | $50.00 |
| 7/8/2023 | 10 | $0.00 | | $1,400.00 | $140.00 | 1 at | | $86.32 | 1 at | $100.00 |
| 8/8/2023 | 11 | $0.00 | | $1,400.00 | $140.00 | | | $116.32 | | $50.00 |
| 9/8/2023 | 12 | $0.00 | | $1,400.00 | $140.00 | | | $116.32 | | $50.00 |
| 10/8/2023 | 13 | $0.00 | | $1,400.00 | $140.00 | | | $116.32 | | $50.00 |
| 11/8/2023 | 14 | $0.00 | | $1,400.00 | $140.00 | | | $116.32 | | $50.00 |
| 12/8/2023 | 15 | $0.00 | | $1,400.00 | $140.00 | 5 at | | $116.32 | | $50.00 |
| 1/8/2024 | 16 | $0.00 | | $1,400.00 | $140.00 | | | $115.18 | | $50.00 |
| 2/8/2024 | 17 | $0.00 | 9 at | $1,400.00 | $140.00 | 2 at | | $115.18 | | $50.00 |
| 3/8/2024 | 18 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 4/8/2024 | 19 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 5/8/2024 | 20 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 6/8/2024 | 21 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 7/8/2024 | 22 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 8/8/2024 | 23 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 9/8/2024 | 24 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 10/8/2024 | 25 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 11/8/2024 | 26 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 12/8/2024 | 27 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 1/8/2025 | 28 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 2/8/2025 | 29 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 3/8/2025 | 30 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 4/8/2025 | 31 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 5/8/2025 | 32 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 6/8/2025 | 33 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 7/8/2025 | 34 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 8/8/2025 | 35 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 9/8/2025 | 36 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 10/8/2025 | 37 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 11/8/2025 | 38 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 12/8/2025 | 39 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 1/8/2026 | 40 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 2/8/2026 | 41 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 3/8/2026 | 42 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 4/8/2026 | 43 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 5/8/2026 | 44 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 6/8/2026 | 45 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 7/8/2026 | 46 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 8/8/2026 | 47 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 9/8/2026 | 48 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 10/8/2026 | 49 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 11/8/2026 | 50 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 12/8/2026 | 51 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 1/8/2027 | 52 | $0.00 | | $3,682.00 | $368.20 | | | $116.67 | | $50.00 |
| 2/8/2027 | 53 | $0.00 | | $3,682.00 | $368.20 | 36 at | | $116.67 | | $50.00 |
| 3/8/2027 | 54 | $10.67 | | $3,682.00 | $368.20 | 1 at | | $51.93 | 44 at | $50.00 |
| 4/8/2027 | 55 | $0.35 | | $3,682.00 | $368.20 | | | | 1 at | $100.00 |
| 5/8/2027 | 56 | $0.35 | | $3,682.00 | $368.20 | | | | | $50.00 |
| 6/8/2027 | 57 | $0.35 | | $3,682.00 | $368.20 | | | | | $50.00 |
| 7/8/2027 | 58 | $21.98 | | $3,682.00 | $368.20 | | | | | $50.00 |
| 8/8/2027 | 59 | $136.67 | | $3,682.00 | $368.20 | | | | | $50.00 |
| 9/8/2027 | 60 | $136.65 | 43 at | $3,682.00 | $368.20 | 6 at | | | 5 at | $50.00 |
| | | | | | | | | | | |
| LIQ: 0 | | $406.18 | | $182,740.00 | $18,274.00 | | | $5,600.00 | | $2,750.00 |
| DI: -975.74 | | $0.00 | | NO UNSECURED CLMS | | | | ATTY | | 2750.00 |
| TAXES EXEMPT | | #DIV/0! | | | | | | $5,600.00 | | Claim # 350 |

| DUE DATE | | | CLM 002 | | | CLM 402 | | | CLM 302 | | | pre pet | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **8th** | | | **RUSHMORE** | | | **POST PET** | | | **RUSHMORE** | | | pre pet | |
| | | | **N PARADISE LN** | | | **MTG ARR** | | | **NOTICE OF ADDL FEES** | | | arrears | |
| | 60 | | | | | | | | | | | | |
| 10/8/2022 | 1 | | $1,100.70 | | | | | | | | | | |
| 11/8/2022 | 2 | 2 at | **$1,100.70** | 2 at | | | | | | | | | |
| 12/8/2022 | 3 | | $1,274.57 | 3 at | | $51.22 | | | | | | | |
| 1/8/2023 | 4 | | $1,274.57 | | | $54.82 | | | | | | | |
| 2/8/2023 | 5 | | $1,274.57 | | | $54.82 | | | | | | | |
| 3/8/2023 | 6 | | $1,274.57 | 6 at | | $54.82 | | | | | | | |
| 4/8/2023 | 7 | 5 at | **$1,274.57** | 7 at | | **$57.72** | 7 at | | | | | | |
| 5/8/2023 | 8 | 1 at | **$1,074.82** | | | $107.72 | 1 at | | $82.08 | | | | |
| 6/8/2023 | 9 | | $1,073.68 | 9 at | | $16.62 | 1 at | | $41.20 | | | | |
| 7/8/2023 | 10 | | $1,073.68 | | | | 1 at | | | | | | |
| 8/8/2023 | 11 | | $1,073.68 | | | | | | $20.00 | | | | |
| 9/8/2023 | 12 | | $1,073.68 | | | | | | $20.00 | | | | |
| 10/8/2023 | 13 | | $1,073.68 | | | | | | $20.00 | | | | |
| 11/8/2023 | 14 | | $1,073.68 | | | | | | $20.00 | | | | |
| 12/8/2023 | 15 | 7 at | **$1,073.68** | | | | | | $20.00 | 15 at | | | |
| 1/8/2024 | 16 | | $1,074.82 | | | | | | $20.00 | | | | |
| 2/8/2024 | 17 | | $1,074.82 | | | | | | $20.00 | 2 at | | | |
| 3/8/2024 | 18 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 4/8/2024 | 19 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 5/8/2024 | 20 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 6/8/2024 | 21 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 7/8/2024 | 22 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 8/8/2024 | 23 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 9/8/2024 | 24 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 10/8/2024 | 25 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 11/8/2024 | 26 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 12/8/2024 | 27 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 1/8/2025 | 28 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 2/8/2025 | 29 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 3/8/2025 | 30 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 4/8/2025 | 31 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 5/8/2025 | 32 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 6/8/2025 | 33 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 7/8/2025 | 34 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 8/8/2025 | 35 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 9/8/2025 | 36 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 10/8/2025 | 37 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 11/8/2025 | 38 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 12/8/2025 | 39 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 1/8/2026 | 40 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 2/8/2026 | 41 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 3/8/2026 | 42 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 4/8/2026 | 43 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 5/8/2026 | 44 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 6/8/2026 | 45 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 7/8/2026 | 46 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 8/8/2026 | 47 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 9/8/2026 | 48 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 10/8/2026 | 49 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 11/8/2026 | 50 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 12/8/2026 | 51 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 1/8/2027 | 52 | | $1,074.82 | | | | | | $20.00 | | | $2,052.31 | |
| 2/8/2027 | 53 | | $1,074.82 | | | | 43 at | | $20.00 | | | $2,052.31 | |
| 3/8/2027 | 54 | | $1,074.82 | | | | 1 at | | **$74.07** | | | $2,052.31 | |
| 4/8/2027 | 55 | | $1,074.82 | | | | 1 at | | **$86.32** | | | $2,052.31 | |
| 5/8/2027 | 56 | | $1,074.82 | | | | 1 at | | **$136.32** | | | $2,052.31 | |
| 6/8/2027 | 57 | | $1,074.82 | 57 at | | | 1 at | | **$136.32** | | | $2,052.31 | |
| 7/8/2027 | 58 | | $1,074.82 | 58 at | | $106.00 | 1 at | | **$8.69** | | | $2,052.31 | |
| 8/8/2027 | 59 | | $1,074.82 | | | | | | | 42 at | | **$2,052.31** | |
| 9/8/2027 | 60 | 45 at | **$1,074.82** | 60 at | | | 2 at | | | 1 at | | **$2,052.33** | 60 at |
| | | | | | | | | | | | | | |
| LIQ: 0 | | | $65,531.73 | | | $503.74 | | | $1,425.00 | | | $88,249.35 | |
| DI: -975.74 | | | 65531.73 | | | 503.74 | | | 1425.00 | | | 88249.35 | |
| TAXES EXEMPT | | | **CLM 002** | | | **CLM 402** | | | **CLM 302** | | | | |

```
Label Matrix for local noticing            Kerry Lynne Sprague                    Internal Revenue Service -
113A-6                                     1328 N. Paradise Ln                    Post Office Box 7346
Case 6:22-bk-03248-GER                     Daytona Beach, FL 32119-1512           Philadelphia PA 19101-7346
Middle District of Florida
Orlando
Thu Nov  2 14:31:47 EDT 2023

U.S. Bank Trust National Association, as Tru   Laurie K Weatherford +             Robert B Branson +
of the LB-Cabana Series IV Trust                Post Office Box 3450              BransonLaw PLLC
c/o: Rushmore Loan Management Services          Winter Park, FL 32790-3450        1501 E. Concord Street
P.O. Box 55004                                                                    Orlando, FL 32803-5411
Irvine, CA 92619-5004

United States Trustee - ORL7/13 7 +        Elizabeth McCausland +                 Chase A Berger +
Office of the United States Trustee        Liz McCausland, P.A.                   Ghidotti Berger, LLP
George C Young Federal Building            426 N. Ferncreek Ave.                  1031 North Miami Beach Boulevard
400 West Washington Street, Suite 1100     Orlando, FL 32803-5442                 North Miami Beach, FL 33162-3842
Orlando, FL 32801-2210


Melbalynn Fisher +
Ghidotti & Berger LLP
1031 North Miami Beach Boulevard
North Miami Beach, FL 33162-3842
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Note: Entries with a '+' at the end of the     End of Label Matrix
name have an email address on file in CMECF       Mailable recipients     9
-------------------------------------------       Bypassed recipients     1
Note: Entries with a '-' at the end of the        Total                  10
name have filed a claim in this case
```