**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

                                                                                                                          Chapter 13
                                                                  Case No.: 6:22-bk-03248-GER

**Kerry Lynne Sprague**,

    Debtor.
_____/

**OBJECTION TO DEBTOR'S**
**MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN [D.E. 86]**

U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust, its successors and/or assignees ("**Secured Creditor**"), objects to Kerry Lynne Sprague's (the "**Debtor**") Motion to Modify Confirmed Chapter 13 Plan [D.E. 86] (the "Motion") filed on November 2, 2023, and states:

1. Secured Creditor holds a secured claim by virtue of that certain promissory Note dated April 5, 2017, which is secured by a Mortgage recorded on April 6, 2017 as Document Number 2017068733, in Book 7382, Page 2540, in the Public Records of Volusia County, Florida, encumbering real property located at *1328 N. Paradise Ln., Daytona Beach, FL 32119* ("**Property**").

2. On September 8, 2022 ("**Petition Date**"), the Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

3. On November 2, 2022, Secured Creditor filed Proof of Claim 2-1 which evidenced the total claim amount owed to Secured Creditor of $240,963.29, pre-petition arrearage of $88,249.35 and the monthly post-petition mortgage payment owed to Secured Creditor of $1,274.57.

4.      On November 9, 2022, the Debtor filed the Amended Chapter 13 Plan [D.E. 28] (the "Plan") which proposed to participate in Mortgage Modification Mediation in adequate protection payments of $1,100 in months 1 -2 and $1,274.57 in months 3 -60.

5.      On February 2, 2023, this Court entered an Order Confirming the Chapter 13 Plan [D.E. 46].

6.      On October 19, 2023, the Trustee filed the Mediator's Report and Notice of Inability to Reach an Agreement in Mediation [D.E. 83].

7.      On November 2, 2023, the Debtor filed the Motion to provide for Secured Creditor's Claim. Pursuant to the spreadsheet attached to the Motion, the Debtor proposes to cure the pre-petition arrearages of $88,249.35 by making monthly payments of $2,052.31 starting in month 18 through month 60.

8.      However, the Modified plan does not comply with 11 U.S.C. §1325 and is not feasible. Here, the Debtor has listed on Schedule I and J net monthly income in the amount of -$975.74. Such amount is insufficient to fund the plan and fully provide for Secured Creditor's claim. The payment to Secured Creditor alone through Debtor's Chapter 13 proposed Modified Plan is $3,147.13 per month. As a result, the proposed Chapter 13 Plan is not feasible. Therefore, the Plan cannot be confirmed. 11 U.S.C. §1325(a)(6).

9.      Additionally, the Modified Plan fails to comply with 11 U.S.C. §1325(a)(5)(B)(iii) which provides that if property to be distributed pursuant to this subsection is in the form of periodic payments, such payments shall be in equal monthly amounts. The Debtor proposes to pay $0.00 toward arrearages until March 2024. However, since equal monthly amounts are required, the payments on the pre-petition arrearage are required to start immediately.

**WHEREFORE**, Secured Creditor respectfully objects to confirmation of the Modified Plan and requests the following:

1. That confirmation of the proposed Chapter 13 Modified Plan be denied;
2. For attorney's fees and costs incurred herein;
3. For such other and further relief that this Court deems just and proper.

**Dated: November 22, 2023**

    Respectfully submitted,

    **GHIDOTTI | BERGER, LLP**
    *Attorneys for Secured Creditor*
    1031 North Miami Beach Blvd.
    North Miami Beach, FL 33162
    Telephone: 305.501.2808
    Facsimile: 954.780.5578
    bknotifications@ghidottiberger.com

    By: /s/ Melbalynn Fisher
    Melbalynn Fisher, Esq. (FL Bar 107698)

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4 (B)(1)**

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

    By: /s/ Melbalynn Fisher
        Melbalynn Fisher, Esq.

## CERTIFICATE OF SERVICE

On November 22, 2023, I served the foregoing document described as Objection to Confirmation of Debtor's Proposed Chapter 13 Plan on the following individuals by electronic means through the Court's ECF program:

**COUNSEL FOR DEBTOR**
Robert B Branson         robert@bransonlaw.com


**CHAPTER 13 TRUSTEE**
Laurie K Weatherford         ecfdailysummary@c13orl.com


**U.S. TRUSTEE**
USTP.Region21.OR.ECF@usdoj.gov


On October 31, 2022, I served the foregoing documents described as Objection to Debtor's Motion To Modify Confirmed Chapter 13 Plan on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, Florida, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**

Kerry Lynne Sprague
1328 N. Paradise Ln
Daytona Beach, FL 32119


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ Melbalynn Fisher
Melbalynn Fisher, Esq.