**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No: 6:22-bk-03248-GER** |
| | **Chapter 13** |
| **KERRY LYNNE SPRAGUE,** | |
|       **Debtor.** | |
| _____/ | |

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801 and mail a copy to the moving party at BransonLaw, PLLC, 1501 E. Concord Street, Orlando, FL 32801 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response, will proceed to consider the paper without further notice or hearing, and may grant the relief requested**.

## AMENDED MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Debtor, Kerry Lynne Sprague, by and through undersigned counsel files this Amended Motion to Modify Confirmed Chapter 13 Plan and states as follows:

1. On September 8, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code ("Bankruptcy Code").

2. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §157.

3. Venue in this District is proper under 28 U.S.C. §§ 1408 and 1409.

4. The statutory basis for the relief requested herein is §1329 of the Bankruptcy Code.

5. The Debtor's Chapter 13 Plan was confirmed on February 2, 2023.

6. The Debtor suffered a loss by fire damage to her home and the home has been declared condemned by governmental authorities.

7. The Debtor has actively communicated with both Rushmore Loan Servicing and its counsel regarding the homeowner's insurance coverage. Unfortunately, the Debtor has been given numerous different answers as to her coverage and why her former policy was cancelled. The Debtor has requested proof of notification from Security First, her former insurance company, as to the reason for cancellation. The Debtor has requested from Rushmore Loan Servicing a copy of the current policy, Great American, which is forced place insurance but to date has not received any information from either insurance company.

8. The Debtor proposes to modify the confirmed plan payments and disbursements as follows: SEE ATTACHED SPREADSHEET

9. Since the Debtor's confirmed plan provided for payments of all disposable income over the commitment period and priority and secured creditors will not be adversely affected by this modification, it is further moved that provisions for a notice and hearing as specified by 11 U.S.C. Section 1329 (b) (2) is hereby waived. All other provisions of the Order confirming Chapter 13 plan remain the same, unless otherwise modified herein.

WHEREFORE, Debtor requests this Court grant Debtor's Motion to Modify and grant such other relief that may be deemed just and proper in the circumstances.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834

Attorney for Debtor

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission to ECF Users or by U.S. Mail to Non-ECF Users the 6th day of November, 2023, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL  32790; Debtor, Kerry Lynne Sprague, 1328 North Paradise Lane, Daytona Beach, FL 32119; and to All Creditors that filed claims in this case.

/s/ Robert B. Branson
Robert B. Branson, Esquire

| DUE DATE | | 22-3248-GER | | | SPRAGUE | | | | | | # 350 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **8th** | | 10/8/2022 | | | | 10.0% | | | | | MONITORING |
| | | Unsecured | | | Debtor Pmt | Tee Fee | | | ATTY | | FEE |
| | 60 | | | 60 | | | | | | | |
| 10/8/2022 | 1 | $0.00 | | | $1,223.00 | $122.30 | | | | | |
| 11/8/2022 | 2 | $0.00 | 2 | at | $1,223.00 | $122.30 | 2 | at | | | |
| 12/8/2022 | 3 | $0.00 | 1 | at | $1,530.00 | $153.00 | 1 | at | $51.21 | | |
| 1/8/2023 | 4 | $0.00 | | | $1,538.00 | $153.80 | | | $54.81 | | |
| 2/8/2023 | 5 | $0.00 | | | $1,538.00 | $153.80 | | | $54.81 | | |
| 3/8/2023 | 6 | $0.00 | 3 | at | $1,538.00 | $153.80 | 3 | at | $54.81 | 6 at | |
| 4/8/2023 | 7 | $0.00 | 1 | at | **$1,600.00** | $160.00 | 1 | at | $57.71 | 1 at | $50.00 |
| 5/8/2023 | 8 | $0.00 | 1 | at | $1,624.00 | $162.40 | 1 | at | $196.98 | 1 at | |
| 6/8/2023 | 9 | $0.00 | | | $1,400.00 | $140.00 | 1 | at | $78.50 | 1 at | $50.00 |
| 7/8/2023 | 10 | $0.00 | | | $1,400.00 | $140.00 | 1 | at | $86.32 | 1 at | $100.00 |
| 8/8/2023 | 11 | $0.00 | | | $1,400.00 | $140.00 | 1 | at | $116.32 | | $50.00 |
| 9/8/2023 | 12 | $0.00 | | | $1,400.00 | $140.00 | 1 | at | $1,110.84 | | $50.00 |
| 10/8/2023 | 13 | $0.00 | 5 | at | $1,400.00 | $140.00 | 1 | at | $1,210.00 | | $50.00 |
| 11/8/2023 | 14 | $0.00 | 1 | at | $1,300.00 | $130.00 | 1 | at | $1,120.00 | | $50.00 |
| 12/8/2023 | 15 | $0.00 | 1 | at | $100.00 | $10.00 | 1 | at | $40.00 | | $50.00 |
| 1/8/2024 | 16 | $0.00 | | | $150.00 | $15.00 | | | $85.00 | | $50.00 |
| 2/8/2024 | 17 | $0.00 | | | $150.00 | $15.00 | | | $85.00 | | $50.00 |
| 3/8/2024 | 18 | $0.00 | | | $150.00 | $15.00 | | | $85.00 | | $50.00 |
| 4/8/2024 | 19 | $0.00 | | | $150.00 | $15.00 | | | $85.00 | | $50.00 |
| 5/8/2024 | 20 | $0.00 | | | $150.00 | $15.00 | | | $85.00 | | $50.00 |
| 6/8/2024 | 21 | $0.00 | | | $150.00 | $15.00 | | | $85.00 | | $50.00 |
| 7/8/2024 | 22 | $0.00 | | | $150.00 | $15.00 | | | $85.00 | | $50.00 |
| 8/8/2024 | 23 | $0.00 | | | $150.00 | $15.00 | | | $85.00 | | $50.00 |
| 9/8/2024 | 24 | $0.00 | | | $150.00 | $15.00 | | | $85.00 | | $50.00 |
| 10/8/2024 | 25 | $0.00 | | | $150.00 | $15.00 | 10 at | | $85.00 | | $50.00 |
| 11/8/2024 | 26 | $5.00 | 11 | at | $150.00 | $15.00 | 1 | at | $80.00 | 16 at | $50.00 |
| 12/8/2024 | 27 | $0.00 | | | | $0.00 | | | | | |
| 1/8/2025 | 28 | $0.00 | | | | $0.00 | | | | | |
| 2/8/2025 | 29 | $0.00 | | | | $0.00 | | | | | |
| 3/8/2025 | 30 | $0.00 | | | | $0.00 | | | | | |
| 4/8/2025 | 31 | $0.00 | | | | $0.00 | | | | | |
| 5/8/2025 | 32 | $0.00 | | | | $0.00 | | | | | |
| 6/8/2025 | 33 | $0.00 | | | | $0.00 | | | | | |
| 7/8/2025 | 34 | $0.00 | | | | $0.00 | | | | | |
| 8/8/2025 | 35 | $0.00 | | | | $0.00 | | | | | |
| 9/8/2025 | 36 | $0.00 | | | | $0.00 | | | | | |
| 10/8/2025 | 37 | $0.00 | | | | $0.00 | | | | | |
| 11/8/2025 | 38 | $0.00 | | | | $0.00 | | | | | |
| 12/8/2025 | 39 | $0.00 | | | | $0.00 | | | | | |
| 1/8/2026 | 40 | $0.00 | | | | $0.00 | | | | | |
| 2/8/2026 | 41 | $0.00 | | | | $0.00 | | | | | |
| 3/8/2026 | 42 | $0.00 | | | | $0.00 | | | | | |
| 4/8/2026 | 43 | $0.00 | | | | $0.00 | | | | | |
| 5/8/2026 | 44 | $0.00 | | | | $0.00 | | | | | |
| 6/8/2026 | 45 | $0.00 | | | | $0.00 | | | | | |
| 7/8/2026 | 46 | $0.00 | | | | $0.00 | | | | | |
| 8/8/2026 | 47 | $0.00 | | | | $0.00 | | | | | |
| 9/8/2026 | 48 | $0.00 | | | | $0.00 | | | | | |
| 10/8/2026 | 49 | $0.00 | | | | $0.00 | | | | | |
| 11/8/2026 | 50 | $0.00 | | | | $0.00 | | | | | |
| 12/8/2026 | 51 | $0.00 | | | | $0.00 | | | | | |
| 1/8/2027 | 52 | $0.00 | | | | $0.00 | | | | | |
| 2/8/2027 | 53 | $0.00 | | | | $0.00 | | | | | |
| 3/8/2027 | 54 | $0.00 | | | | $0.00 | | | | | |
| 4/8/2027 | 55 | $0.00 | | | | $0.00 | | | | | |
| 5/8/2027 | 56 | $0.00 | | | | $0.00 | | | | | |
| 6/8/2027 | 57 | $0.00 | | | | $0.00 | | | | | |
| 7/8/2027 | 58 | $0.00 | | | | $0.00 | | | | | |
| 8/8/2027 | 59 | $0.00 | | | | $0.00 | | | | | |
| 9/8/2027 | 60 | $0.00 | 34 | at | | $0.00 | 34 at | | | 34 at | |
| | | | | | | | | | | | |
| LIQ 0 | | $5.00 | | | $21,864.00 | $2,186.40 | | | $5,162.31 | | $1,000.00 |
| DI -975.74 | | $0.00 | | NO UNSECURED CLMS | | | | | ATTY | | 1000.00 |
| TAXES EXEMPT | | #DIV/0! | | | | | | | $5,162.31 | | Claim # 350 |

| DUE DATE | | | CLM 002 | | CLM 402 | | CLM 302 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **8th** | | | **RUSHMORE** | | **POST PET** | | **RUSHMORE** | | | pre pet |
| | | | **N PARADISE LN** | | **MTG ARR** | | **NOTICE OF ADDL FEES** | | | arrears |
| | 60 | | | | | | | | | |
| 10/8/2022 | 1 | | $1,100.70 | | | | | | | |
| 11/8/2022 | 2 | 2 at | **$1,100.70** | 2 at | | | | | | |
| 12/8/2022 | 3 | | $1,274.57 | 3 at | **$51.22** | | | | | |
| 1/8/2023 | 4 | | $1,274.57 | | $54.82 | | | | | |
| 2/8/2023 | 5 | | $1,274.57 | | $54.82 | | | | | |
| 3/8/2023 | 6 | | $1,274.57 | 6 at | **$54.82** | | | | | |
| 4/8/2023 | 7 | 5 at | **$1,274.57** | 7 at | **$57.72** | 7 at | | | | |
| 5/8/2023 | 8 | 1 at | **$1,074.82** | | $107.72 | 1 at | $82.08 | | | |
| 6/8/2023 | 9 | | $1,073.68 | 9 at | **$16.62** | 1 at | $41.20 | | | |
| 7/8/2023 | 10 | | $1,073.68 | | | 1 at | | | | |
| 8/8/2023 | 11 | 3 at | **$1,073.68** | | | 1 at | $20.00 | | | |
| 9/8/2023 | 12 | 1 at | **$99.16** | | | | | | | |
| 10/8/2023 | 13 | 1 at | | 13 at | | 2 at | | | | |
| 11/8/2023 | 14 | 1 at | will be paid | 14 at | will be paid | 1 at | will be paid | | | |
| 12/8/2023 | 15 | 1 at | by forced placed | 15 at | by forced plac | 1 at | by forced placed | 15 at | | |
| 1/8/2024 | 16 | 1 at | insurance | 16 at | insurance | 1 at | insurance | | | |
| 2/8/2024 | 17 | | | | | | | | | |
| 3/8/2024 | 18 | | | | | | | | | |
| 4/8/2024 | 19 | | | | | | | | | |
| 5/8/2024 | 20 | | | | | | | | | |
| 6/8/2024 | 21 | | | | | | | | | |
| 7/8/2024 | 22 | | | | | | | | | |
| 8/8/2024 | 23 | | | | | | | | | |
| 9/8/2024 | 24 | | | | | | | | | |
| 10/8/2024 | 25 | | | | | | | | | |
| 11/8/2024 | 26 | | | | | | | | | |
| 12/8/2024 | 27 | | | | | | | | | |
| 1/8/2025 | 28 | | | | | | | | | |
| 2/8/2025 | 29 | | | | | | | | | |
| 3/8/2025 | 30 | | | | | | | | | |
| 4/8/2025 | 31 | | | | | | | | | |
| 5/8/2025 | 32 | | | | | | | | | |
| 6/8/2025 | 33 | | | | | | | | | |
| 7/8/2025 | 34 | | | | | | | | | |
| 8/8/2025 | 35 | | | | | | | | | |
| 9/8/2025 | 36 | | | | | | | | | |
| 10/8/2025 | 37 | | | | | | | | | |
| 11/8/2025 | 38 | | | | | | | | | |
| 12/8/2025 | 39 | | | | | | | | | |
| 1/8/2026 | 40 | | | | | | | | | |
| 2/8/2026 | 41 | | | | | | | | | |
| 3/8/2026 | 42 | | | | | | | | | |
| 4/8/2026 | 43 | | | | | | | | | |
| 5/8/2026 | 44 | | | | | | | | | |
| 6/8/2026 | 45 | | | | | | | | | |
| 7/8/2026 | 46 | | | | | | | | | |
| 8/8/2026 | 47 | | | | | | | | | |
| 9/8/2026 | 48 | | | | | | | | | |
| 10/8/2026 | 49 | | | | | | | | | |
| 11/8/2026 | 50 | | | | | | | | | |
| 12/8/2026 | 51 | | | | | | | | | |
| 1/8/2027 | 52 | | | | | | | | | |
| 2/8/2027 | 53 | | | | | | | | | |
| 3/8/2027 | 54 | | | | | | | | | |
| 4/8/2027 | 55 | | | | | | | | | |
| 5/8/2027 | 56 | | | | | | | | | |
| 6/8/2027 | 57 | | | | | | | | | |
| 7/8/2027 | 58 | | | | | | | | | |
| 8/8/2027 | 59 | | | | | | | | | |
| 9/8/2027 | 60 | 44 at | | 60 at | | 44 at | | | | 60 at |
| | | | | | | | | | | |
| LIQ  0 | | | $12,969.27 | | $397.74 | | $143.28 | | | |
| DI  -975.74 | | | 12969.27 | | 397.74 | | 143.28 | | | 88249.35 |
| TAXES EXEMPT | | | CLM 002 | | CLM 402 | | CLM 302 | | | |

```
Label Matrix for local noticing          Grace E. Robson                          Kerry Lynne Sprague
113A-6                                   Orlando                                  1328 N. Paradise Ln
Case 6:22-bk-03248-GER                   , FL                                     Daytona Beach, FL 32119-1512
Middle District of Florida
Orlando
Wed Dec  6 11:46:28 EST 2023

Internal Revenue Service -               U.S. Bank Trust National Association, as Tru    Laurie K Weatherford +
Post Office Box 7346                     of the LB-Cabana Series IV Trust         Post Office Box 3450
Philadelphia PA 19101-7346               c/o: Rushmore Loan Management Services   Winter Park, FL 32790-3450
                                         P.O. Box 55004
                                         Irvine, CA 92619-5004


Robert B Branson +                       United States Trustee - ORL7/13 7 +      Elizabeth McCausland +
BransonLaw PLLC                          Office of the United States Trustee      Liz McCausland, P.A.
1501 E. Concord Street                   George C Young Federal Building          426 N. Ferncreek Ave.
Orlando, FL 32803-5411                   400 West Washington Street, Suite 1100   Orlando, FL 32803-5442
                                         Orlando, FL 32801-2210


Chase A Berger +                         Melbalynn Fisher +
Ghidotti Berger, LLP                     Ghidotti & Berger LLP
1031 North Miami Beach Boulevard         1031 North Miami Beach Boulevard
North Miami Beach, FL 33162-3842         North Miami Beach, FL 33162-3842
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Note: Entries with a '+' at the end of the       End of Label Matrix
name have an email address on file in CMECF         Mailable recipients   10
--------------------------------------------        Bypassed recipients    1
Note: Entries with a '-' at the end of the          Total                 11
name have filed a claim in this case
```