**ORDERED.**

Dated: March 06, 2024

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**                                                                        **Case No: 6:22-bk-03248-GER**
                                                                                           **Chapter 13**
**KERRY LYNNE SPRAGUE,**

      **Debtor.**
_____/

**ORDER GRANTING MOTION TO REQUIRE AN**
**ACCOUNTING OF ESCROW FUNDS COLLECTED AND HAZARD**
**INSURANCE OBTAINED BY CREDITOR FOR SUBJECT REAL PROPERTY**

This case came on for hearing before the Court on February 21, 2024, to consider Debtor's Motion To Require an Accounting of Escrow Funds Collected and Hazard Insurance Collected by Creditor for Subject Real Property (Doc. No. 101) and the Response (Doc. No. 103) (the "Response") by U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust c/o Rushmore Servicing ("U.S. Bank"). After reviewing the pleadings and considering the positions of interested parties; it is **ORDERED:**

    1.    The Motion (Doc. No. 101) is **GRANTED.**

2. Based on the Evidence of Forced Placed Insurance provided in the Response, U.S. Bank has satisfied the request in the Motion .

Attorney Robert B. Branson is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.